UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Caroline Kosh

Write the full name of each plaintiff.

25 CV 4603

(Include case number if one has been assigned)

-against-

Brian Michael Quinn
Salvatore E. A. Vulcano

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☒ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*This case involves the repayment of money loaned out to Sal and Brian. They contacted me and I loaned out over $22,000, money I didn't have and borrowed. This is a simple Theft by Deception case.*

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Brian Michael Quinn__, is a citizen of the State of
(Defendant's name)

__New York__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__n/A__

If the defendant is a corporation:

The defendant, __Salvatore E. A. Vulcano__ is incorporated under the laws of

the State of __New York__

and has its principal place of business in the State of __Georgia__

or is incorporated under the laws of (foreign state) __n/A__

and has its principal place of business in __Georgia__

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Caroline__ _____ __Kosh__
First Name    Middle Initial    Last Name

__104 Lancelot Ct__
Street Address

__Houston__   __Warner Robins__,   __GA__    __31093__
County, City            State           Zip Code

__909-709-6346__          __ckosh C yahoo.com__
Telephone Number        Email Address (if available)

Page 3

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Brian Michael Quinn
First Name / Last Name

Impractical Joker
Current Job Title (or other identifying information)

25 Broad St. 15th Floor
Current Work Address (or other address where defendant may be served)

New York / NY / 10004
County, City / State / Zip Code

Defendant 2: Salvatore E. A. Vulcano
First Name / Last Name

Impractical Joker
Current Job Title (or other identifying information)

25 Broad St. 15th Floor
Current Work Address (or other address where defendant may be served)

New York / NY / 10004
County, City / State / Zip Code

Defendant 3: n/A
First Name / Last Name

n/A
Current Job Title (or other identifying information)

n/A
Current Work Address (or other address where defendant may be served)

n/A
County, City / State / Zip Code

Defendant 4: n/a
First Name    Last Name

n/a
Current Job Title (or other identifying information)

n/a
Current Work Address (or other address where defendant may be served)

n/a
County, City    State    Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: Georgia (Warner Robins and Pooler)

Date(s) of occurrence: Sept 18 to present

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached sheet

see attached sheet

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

n/A

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$300,000 plus court costs, the original amount per Brian Quinn was $400,000 then changed to $300,000

In August of 2018, I was contacted by private message on Instagram from Brian Quinn. I was told that the reason why I was contacted was because I sounded nice since I commented on one of his posts. He had also told me that did a back ground check done on me to confirm I am a person and not, well I am not sure what. Anyways, conversations went okay and were pleasant.

Then in September 2018, I was told to move the conversations to Gmail then got moved to after a while to google chat which is where all the conversations between Brian Quinn, Sal Vulcano and a brief conversation with Joe Gatto are in Exhibit A. Now for the first 2 or 3 years or so, I did not keep those conversations. I never thought in my wildest dreams this would get this far and I would in turn have needed them. So again conversations were pleasant, and then they started to turn and ask me for money. Brian Quinn said that his account was frozen by a federal court in the state of New York due to his ex-accountant defrauding him. At first he had me send money overseas to people I did not even know. He said that he received the information from one of his lawyers. There have been multiple attorneys during the last almost 7 years. I asked for attorney's information and he refuses to give up any information on them. So for 2 years that was how I sent him money and even was done thru Zelle thru my bank at the time. After 2 years my bank stopped allowing these transactions to go thru so I closed the account and went somewhere else.

Then from 2020 to present I would send money anytime I was asked by Brian Quinn and Sal Vulcano. I had to close my savings account because I gave him the $1500 that was in there. I also closed out my other savings account which was my inheritance from my late mother of $1246 and my divorce money of $20,000 which was sent to someone in Florida. Brian also said that he got that information from his old attorney. Brian also said hee would pay that all back. I also took out a $10,000 loan off my life insurance and was supposed to be paid back within 2 years and they were responsible to pay the one time interest payment every year. None of that was done as agreed so the interest payment got added on to the loan every year. Now I up to $15,640 and it was to be paid off within 5 years ago, that was the agreement. I am still paying on it and it and it is nearly 7 years now. I also took and out a loan from my retirement thru Fidelity which I am paying weekly on it as we speak. I also took out various loans up to $7000 thru BMG that is in Exhibit B which in turn I am still paying on for the next 3 years. All which brian said he pay back. Then in Exhibit C was another loan thru Lending club for $10,000 that again was not paid as agreed and I was responsible to pay that one every month. All which is not fair for me to be responsible to pay this back to the creditors when he agreed to pay me back numerous times to wipe off this debt he caused.

In Exhibit D were all the people thru cash app that I had to send money too and again I was told the information came from an attorney. I asked for attorney information to confirm they were active with the bar and I got no information anytime I asked for it. But by some chance if these payments failed then I was to go get Steam cards thru GameStop, where I still owe them $540 for all the cards I had to get not including the ones I bought from Sam's Club. I then

proceeded to ask many times for proof of bank account being frozen and all I got was what is in Exhibit E.

I got tired of being taken advantage of my kindness, I emailed their management team which is in Exhibit F. I don't have money to keep giving out without getting it back. I was told many times I am being paid back which as of today it has not happened. This is why I am here today. They would even give me dates and they all came and gone and nothing. I also gave heads up to Sal Vulcano of the upcoming lawsuit and that went unanswered. That is also in Exhibit G.

But the most important thing I find it to be odd, is that, in November of 2024 Brian Quinn went to Vegas for a celebrity Poker Tournament where you had to buy in at $100,000 for poker chips, but how did you get the money for that if you don't have any and your account is frozen? Brian also won $20,000 see Exhibit H. That was money he could have returned to me and paid off one thing I took out for him but no he said when asked he spent it on his beer company. I even maxed out all credit cards to give him money for a launch party of $5,000 for R&H that I was not invited for just pay for it plus various loans that he asked for. I even gave Brian Quinn $600.00 for 3 parties that I was invited too. I still was not allowed to attend, nor tell me when these parties took place. I know he went to them. Brian also asked me for $2,000 to pay for a couple's game at one of these parties. Again I never attended such parties even after buying a dress for it.

Brian Quinn also took part in a movie made by James Murry and again he could have given me some money to pay off the debt he owes me but, again, no he did not. All he said was that he got half and not the full payment and gave it to the court to get his account back. That is in Exhibit I.

In Exhibit J is various posts made by Brian Quinn of things he has done or is in the process of doing and all of this is with no bank account or means of money. He went to The Keys for New Years, The Keys for The Super Bowl and then back to the Keys in April for a drunk fest for 3 days. How are you able to do this, let alone pay for airfare for people and their hotel rooms or a mansion if you have no money? Can someone please explain this all to me? Plus you can hear all of this by listening to Steve Dave a podcast that he is on every week. Now there is a post made by Brian Quinn on Facebook and another guy saying that he is going to Orlando (another drunk fest for 3 days in July) to be on a podcast to announce another Key West trip, they call it Q West 2. Again how are you going with no account? Is this why Brian Quinn asked me for $1,000 that I refuse to give out to him?

Plus I was contacted to pay $200 a week for a so-called ER bill that I only gave out a few payments on then quit doing that. Still I got no proof on that when I asked for it. Then here are other fun facts that are straight from Steve-Dave a podcast that is on tape that he went to NY Comic Con going in a private entrance plus buying stuff while there. Then while in California again another trip he purchased Laker tickets, parking, hotel, car rental or uber, airfare and food.

Then Broadway tickets a few times in Manhattan plus Barry Manillo and Heart in concert. Then, purchased a flight, plus hotel, and food to Toronto to be on another podcast called Dr Phill (not the real Dr Phill). Lastly renting pontoon boats, hotel rooms, mansion purchased airfare for himself and a friend, drinks at bars, food for the week in Key West. All along with no account; by all of this done I am led to believe that he indeed has his account and can square things off with me but refuses. Also I forgot to mention Brian and Sal contacted me to pay for Brian to get a new wardrobe since his was donated or something, a punishment on one of the shows. Then lastly, went to Kentucky for the weekend for the Derby; and again airfare, hotel, car, or uber, food, drinks and gambling money betted on the horses.

So again I am highly confused here. There is no way someone would pay for his lifestyle like this. So if you indeed have your account back why are you now paying me back as agreed? Just stop telling me and I quote, "I can't wait to pay you back and you will be paid back soon." When is soon? I have been hearing that for years now and I can't wait any longer. I need to wipe off this debt he caused and I never wanted.

So then in Exhibit K is all the conversation on the amount of money he said that he would be repaid to me. I gave up payroll checks, took money from friends and took about $38,000 from my son, all to give him money when he needed it. The last conversation there was that Sal told Brian to repay in the amount of $500,000 to me instead of $400,000, which again all is in Exhibit K which is in conversations attached that I was told by Brian Quinn.

What I am seeking and all I want and that I am after is the debt cleared that he caused and my pain and suffering I went thru to work many many hours to get this money when needed plus interest for it being nearly 7 years that I have been waiting on repayment. Now I want to be left alone after this and he stop contacting me. I have since uninstalled Zangi which has been the primary way of communication. I am hoping by taking him to court they will do the right thing and pay the amount of money they promised to pay me over and over again, time and time again.

I can explain better at the time of the hearing. Also since I am in Georgia I am hoping I can call in for I don't have time to take off of work. I have all this debt I didn't ask for to pay every week. But buy some chance I am not able to call in can it be scheduled for a Monday or Tuesday since I work Wednesday thru Saturday?

So in conclusion, I am only asking what is owed by the agreement which is $500,000 they said many times in writing plus interest. I have been waiting to clear this debt and this has gone on long enough. Time to put an end to this chapter and I can finally move on from this. Plus never hear from them again.

I do appreciate your time with this matter I have and I am sorry for all the reading you will have to do in this case. Plus there are 2 CDs with voice messages from Joe Gatto and Brian Quinn to me plus more messages off my Gmail account. I could not find the beginning of those

conversations so I just downloaded them onto a cd for you to go thru. I left the password the same for. I did not change it; because if I did then you won't be able to view those messages.

Thank you very much for taking the time to hear my case. I asked many times for him to sell the townhome purchased in Houston Texas and the one in New York which he resides in, while the third one in New York sits vacant. Plus I told him to sell cars. You don't need 2 jeeps and a car that was in the movie and he got $18,000 for the first one and the second one he could get the same if not more. All to pay me back but refuses. Also Brian said he bought a golf cart which is housed in Florida at his parents' house I believe. I said many times to sell that since he made me sell mine and give him the money.

Just explain to me how if no account? I like to know the answer to that. I have a heart of gold and will help anyone in need. I was taken advantage of here.

Sincerely,

Caroline Kosh

P.S. I also forgot to say that I gave out numerous amounts in $200.00 for food that I was asked to give out to Brian Quinn when he asked for it. Plus if I did already state it, various amounts in coming out to see me that never happened. Oh and I forgot to mention that I gave out $200.00 for a present that Brian said he got me and send to me. When I got a gift from Wisconsin and it was a vase that had to cost $1.00 and flowers that were no more than .50 cents apiece, maybe $1.00, but that is a stretched. When I brought this up to Brian's attention he said he had his friend get me a gift and send it to me. I in turn sent it to Brian at TESD in New Jersey.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

5/19/25
Dated

*Caroline Kosh*
Plaintiff's Signature

Caroline | | Kosh
First Name | Middle Initial | Last Name

104 Lancelot Ct
Street Address

Houston | Warner Robins, GA | 31093
County, City | State | Zip Code

909-709-6386 | CKosh@yahoo.com
Telephone Number | Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.