UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLINE KOSH,

                Plaintiff,

  -against-

BRIAN MICHAEL QUINN, et al.,

                Defendants.

25-CV-04603 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This case has been referred to me for General Pretrial purposes on June 5, 2025 by Judge J. Paul Oetken.

      A telephonic conference is scheduled for **Wednesday, June 25, 2025 at 11:00 a.m.** The Pro se plaintiff should be prepared to discuss the status of the case. The pro se plaintiff is directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 471 974 891#.

DATED:  June 20, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge