UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINE KOSH,<br><br>                Plaintiff,<br><br> -against-<br>BRIAN MICHAEL QUINN, et al.,<br><br>              Defendants. | 25-CV-04603 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference was scheduled for June 25, 2025. It is rescheduled to **June 30, 2025 at 11:30 AM**. Pro se plaintiff should be prepared to discuss the status of the case. Pro se plaintiff is directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 471 974 891#.

DATED:  June 24, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge