UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLINE KOSH,
                          Plaintiff,

           -v-

BRIAN MICHAEL QUINN and
SALVATORE E.A. VULCANO,
                          Defendants.

25-CV-4603 (JPO)

ORDER TO AMEND

J. PAUL OETKEN, District Judge:

      Plaintiff Caroline Kosh brings this action against Defendants Brian Michael Quinn and Salvatore E.A. Vulcano for "theft by deception." (ECF No. 1.) On June 5, 2025, the Court referred the matter to Magistrate Judge Robyn F. Tarnofsky for general pretrial purposes. (ECF No. 3.) On July 8, 2025, Judge Tarnofsky issued a Report and Recommendation ("R&R") recommending that Plaintiff be ordered to file an amended complaint. (ECF No. 6.)

      No party filed a timely objection to the Report; therefore, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Borcsok v. Early*, 299 F. App'x 76, 77 (2d Cir. 2008). Having reviewed the R&R, the Court determines that Judge Tarnofsky's well-reasoned R&R presents no errors, clear or otherwise, and therefore fully adopts it.

      Accordingly, Plaintiff is ordered to submit an amended complaint within 30 days of the date of this order if she can address the problems identified in the R&R. If she does not do so, this case will be dismissed.

      For information on the Court's practices in *pro se* cases, including information on how to communicate questions to the Court, the parties should refer to the Individual Rules and

Practices in *Pro Se* Cases, available at: https://nysd.uscourts.gov/hon-j-paul-oetken. For matters not addressed in the specific rules for *pro se* cases, the parties should refer to the Court's Individual Rules and Practices in Civil Cases. *Pro se* parties should submit all papers to the Court in one of the following ways:

　　a. emailing them as an attachment in PDF format to prose@nysd.uscourts.gov, per the instructions contained in the April 1, 2020 Addendum to the Court's ECF Rules & Instructions, available at: https://www.nysd.uscourts.gov/electronic-case-filing; or

　　b. mailing them or delivering them in person to the following address:

　　U.S. District Court
　　Southern District of New York
　　Pro Se Intake Unit, Room 205
　　500 Pearl Street
　　New York, New York 10007

Plaintiff may contact the court's *Pro Se* Intake Unit should he have any procedural questions about his case. The *Pro Se* Intake Unit cannot provide legal advice. The Intake Unit is located at the United States District Court for the Southern District of New York, 500 Pearl Street, Room 250, 2nd Floor, New York, New York 10007, and the phone number is (212) 805-0175. There is additional information about proceeding *pro se* on the Court's website (https://nysd.uscourts.gov/prose).

The Court strongly encourages the Plaintiff to consent to electronic service via ECF as it would ensure that she receives documents and orders in her case promptly by email electronically when a document is filed electronically. Instructions and the consent form to consent to electronic service can be located at https://nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.

Plaintiff is further advised that a *Pro Se* Law Clinic recently opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic may be able to provide Plaintiff with advice in connection with the case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). To make an appointment, Plaintiff must complete the City Bar Justice Center's intake form. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: July 30, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge

3