# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

**CAROLINE KOSH,**

**Plaintiff,**                                    25-CV-0463 (JPO) (RFT)

-against-                                          **REVISED COMPLIANT**

**BRIAN MICHAEL QUINN AND SALVATORE E.A. VULCANO**

**Defendants.**

# Jurisdiction & Parties



Even though Caroline Kosh hereinafter called Plaintiff, resides in Georgia. Brian Michael Quinn and Salvator E.A. Vulcano reside in New York, Staten Island to be exact, hereinafter called Defendants. Plaintiff also resided in Pooler, Georgia briefly where some of these transactions occurred.

# Factual Allegations

**Background:** In August 2018, Defendant Brian Quinn ("Quinn") initiated contact via Instagram private message, falsely explaining that he had conducted a background check on Plaintiff and desired to communicate because she "sounded nice." (Ex. A). This was the first of several material misrepresentations made to induce Plaintiff into continued financial engagement with him and Defendant Sal Vulcano ("Vulcano").

**Misrepresentations Regarding Quinn's Finances:** Beginning in September 2018, Quinn represented that a federal judge in New York had frozen his bank accounts due to alleged fraud by his ex-accountant, and that funds would need to be transferred to meet legal and personal obligations. He insisted that these instructions came from one of his attorneys—but repeatedly refused to disclose counsel's identity. (Ex. A, E–J.)

**Plaintiff's Reliance and Transfers:** Trusting these representations, Plaintiff sent substantial funds—via Zelle transfers, credit cards, steam cards, retirement and insurance loans—to Quinn and other individuals purportedly acting on legal advice. Between 2018 and 2025, Plaintiff incurred over $128,000 in personal and inherited funds, plus multiple loans she continues to repay. (Exs. B, C, D, F, G, K.)

*Disclosure of Falsehoods Through Evidence:* Despite Quinn's repeated claims of financial incapacitation, public and documentary evidence (Exs. H–J)—including his participation in a $100,000-buy-in celebrity poker tournament (where he won $20,000), travel to Key West, NY Comic Con, concerts, Broadway shows, and podcast appearances—demonstrates that he maintained access to significant funds. These facts materially contradict his freezing representation and show that his prior statements were knowingly false.

## Count I – Common Law Fraud

*Legal Standard:* Under New York law, a claimant must prove: (1) a material misrepresentation or omission; (2) made with knowledge of falsity; (3) intent to induce reliance; (4) justifiable reliance; and (5) resulting damage (Lama Holding Co. v. Smith Barney, 88 N.Y.2d 413, 421 (1996); Eurycleia Partners, LP v. Seward & Kissel, 12 N.Y.3d 553, 559 (2009)) https://caselaw.findlaw.com/court/ny-court-of-appeals/1102953.html?utm_source=chatgpt.com

**Particularity Requirement:** Plaintiff pleads these allegations with the specificity required under CPLR 3016(b) and Rule 9(b), identifying the "who, what, when, where, and how" with reference to Exhibits A–K. This supports a reasonable inference of fraudulent intent (Pludeman v. Northern Leasing Sys., Inc., 10 N.Y.3d 486, 492–493 (2008) per Eurycleia) cetient.com

*Application to Quinn's Conduct:* Quinn made false representations—that his account was frozen, that attorneys required funds, and that he couldn't access his own money—knowing these to be false. Plaintiff justifiably relied and transferred funds, suffering financial loss. Quinn's contrasting lifestyle ("traveling, gambling, party appearances") serves as circumstantial proof of scienter and falsity.

## Count II – Civil Conspiracy to Commit Fraud

*Legal Standard:* Under New York law, a claimant must prove: (1) a material misrepresentation or omission; (2) made with knowledge of falsity; (3) intent to induce reliance; (4) justifiable reliance; and (5) resulting damage (Lama Holding Co. v. Smith Barney, 88 N.Y.2d 413, 421 (1996); Eurycleia Partners, LP v. Seward & Kissel, 12 N.Y.3d 553, 559 (2009)) https://caselaw.findlaw.com/court/ny-court-of-appeals/1102953.html?utm_source=chatgpt.com

*Particularity Requirement:* Plaintiff pleads these allegations with the specificity required under CPLR 3016(b) and Rule 9(b), identifying the "who, what, when, where, and how" with reference to Exhibits A–K. This supports a reasonable inference of fraudulent intent (Pludeman v. Northern Leasing Sys., Inc., 10 N.Y.3d 486, 492–493 (2008) per Eurycleia) https://www.cetient.com/case/eurycleia-partners-lp-v-seward-kissel-llp-5639945?utm_source=chatgpt.com

*Application to Quinn's Conduct:* Quinn made false representations—that his account was frozen, that attorneys required funds, and that he couldn't access his own money—knowing these to be false. Plaintiff justifiably relied and transferred funds, suffering financial loss. Quinn's contrasting lifestyle ("traveling, gambling, party appearances") serves as circumstantial proof of scienter and falsity.

# Count III – Fraudulent Inducement / Constructive Fraud

**Fraudulent Inducement (contract-based):**
Alleged misrepresentations induced plaintiff into financial "agreement" to send money. (See *Cooper Law Guide* summary; NY Litigation Guide) Law Offices of Jonathan M. Cooper+1melnick-law.com+1nylitguide.com+1nylitguide.com+1.

**Constructive Fraud (if fiduciary relationship argued):**
If you claim Quinn acted in a position of trust, must allege fiduciary relationship + misrepresentation causing injury. (*NY Lit. Guide – Fraud Constructive*) nylitguide.com.

- **Elements.** Under New York law, civil conspiracy requires: (1) an agreement between two or more parties; (2) a common unlawful objective; (3) an overt act in furtherance of the objective; (4) resulting damage (*JP Morgan Chase Bank v. Winnick*, 406 F. Supp. 2d 247, 259 (S.D.N.Y. 2005)) New York State Unified Court SystemNew York State Unified Court System.

- **Application to Vulcano's Role.** Quinn and Vulcano coordinated in soliciting funds from Plaintiff under false pretenses, each acting as part of the scheme. The repeated transfers to third parties, loans, steam-card conversions, and parties (Exs. A- D, F–G) constitute overt acts in furtherance of the conspiracy and caused Plaintiff's damages.

# Damages & Relief Sought

- **Debt cancellation** of up to $130,000 as Quinn agreed to pay $500,000 as stated in Exhibit K.
- **Interest** for delay nearly seven years (*Eurycleia*, requiring actual damages).
- **Compensation for pain and suffering** caused by relying on his promises and financial hardship induced.
- **Permanent injunction** barring any further contact.

a) **Damages.** Plaintiff seeks cancellation of the debt (up to $130,000 and promised to repay $500,000 as promised in Exhibit K), plus compensatory damages, pre-judgment and post-judgment interest for nearly seven years of delay, and emotional distress damages stemming from prolonged financial hardship and exploitation.
b) **Injunctive Relief.** Plaintiff requests a permanent injunction prohibiting Defendants Quinn and Vulcano from contacting her in any manner.
c) **Additional Relief.** Plaintiff also requests court costs, fees for service attempts, process assistant to locate Defendant's, and any other relief the Court deems just and equitable.

# Prayer for Relief

State requests for:
(a) Judgment canceling debt,
(b) Compensatory & interest damages,
(c) Emotional distress damages,
(d) Injunctive relief,
(e) fees & costs as stated.

Plaintiff therefore respectfully requests that the Court grant judgment in her favor on Counts I and II; award entry of judgment canceling the debt and awarding compensatory, interest, and emotional damages; permanently enjoin further contact; and grant such other relief as the Court finds appropriate.

Date: ___8/19/25___

_____
Caroline Kosh, Plaintiff

I hope you still have the original exhibits. If not let me know and I'll re-copy all of that and send to you.

Cawlin

## Civil Cover Sheet (Form JS 44) – Key Fields

| Section | Entry |
|---|---|
| I. (a) Plaintiff | Caroline Kosh<br>104 Lancelot Ct.<br>Warner Robins, Georgia 31093 |
| I. (b) Defendant(s) | Brian Quinn, Sal Vulcano, Defendants (e.g., fictitious lawyers, intermediaries) |
| II. Basis of Jurisdiction | ☑ 4 – Diversity (citizens of different states) |
| III. Citizenship of Parties | Plaintiff: Georgia Defendants: New York |
| IV. Nature of Suit | ☑ 370 – Other Fraud |
| VI. Cause of Action | Common law fraud, civil conspiracy, unjust enrichment, intentional infliction of emotional distress under New York law |
| VII. Requested in Complaint | ☑ Monetary Relief (in the amount of $500,000) ☑ Injunctive Relief |
| VIII. Related Cases | (Leave blank unless one exists) |
| IX. Signature | Caroline Kosh |

## 🏛️ Jurisdiction & Venue

### A. Jurisdiction

This Court has subject matter jurisdiction over this action pursuant to **28 U.S.C. § 1332(a)(1)** because the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states. Plaintiff Caroline Kosh is a resident and citizen of the State of Georgia. Defendants Brian Quinn and Sal Vulcano are residents and citizens of the State of New York.

### B. Venue

Venue is proper in the **Southern District of New York** pursuant to **28 U.S.C. § 1391(b)(1)–(2)** because the Defendants reside in this District and a substantial part of the events or omissions giving rise to the claim occurred in this District. Alternatively, if any acts occurred in Queens,

Brooklyn, or Nassau/Suffolk Counties, venue may also be proper in the **Eastern District of New York**.

# 📖 III. Additional Counts

Count III – Unjust Enrichment

- Plaintiff realleges and incorporates by reference all preceding paragraphs.
- Plaintiff conferred a material benefit on Defendants by transferring funds in reliance on repeated promises of repayment. Defendants accepted and retained these benefits, despite never intending to repay Plaintiff or fulfill their representations.
- Equity and good conscience require restitution of the amounts transferred.

(*Mandarin Trading Ltd. v. Wildenstein*, 16 N.Y.3d 173, 182 (2011)).

Count IV – Intentional Infliction of Emotional Distress (IIED)

- Defendants engaged in extreme and outrageous conduct over a period of nearly seven years, knowingly exploiting Plaintiff's trust and financial hardship to solicit tens of thousands of dollars through deception.
- As a direct result, Plaintiff has suffered mental anguish, sleeplessness, financial stress, and emotional trauma.

(*Howell v. N.Y. Post Co.*, 81 N.Y.2d 115, 121 (1993); *Murphy v. Am. Home Prods. Corp.*, 58 N.Y.2d 293, 303 (1983)).

# 📖 IV. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. **Compensatory damages** in the amount of **$500,000**, or such other amount to be proven at trial, representing funds transferred and debts incurred due to Defendants' misrepresentations and promises of repayment;
2. **Pre-judgment and post-judgment interest**, in an amount to be determined at trial, for the seven-year delay in repayment;
3. **Punitive damages** for Defendants' willful and malicious conduct;
4. **Injunctive relief** permanently enjoining Defendants from further contact with Plaintiff;
5. **Restitution and disgorgement** of unjustly retained funds;
6. **Damages for emotional distress** due to Defendants' prolonged manipulation and exploitation of Plaintiff's goodwill;
7. **Fees and costs** of litigation, as permitted by law;
8. **Such other and further relief** as the Court deems just and proper.

# 📎 Optional Attachments

Include:

- **Exhibits A–K** (PDFs, images, chats, financial records)
- **Declaration** from Plaintiff
- **CD/DVD evidence list**
- **Request for Remote Appearance** due to out-of-state status and work hardship

In August of 2018, I was contacted by private message on Instagram from Brian Quinn. I was told that the reason why I was contacted was because I sounded nice since I commented on one of his posts. He had also told me that did a back ground check done on me to confirm I am a person and not, well I am not sure what. Anyways, conversations went okay and were pleasant.

Then in September 2018, I was told to move the conversations to Gmail then got moved to after a while to google chat which is where all the conversations between Brian Quinn, Sal Vulcano and a brief conversation with Joe Gatto are in Exhibit A. Now for the first 2 or 3 years or so, I did not keep those conversations. I never thought in my wildest dreams this would get this far and I would in turn have needed them. So again conversations were pleasant, and then they started to turn and ask me for money. Brian Quinn said that his account was frozen by a federal court in the state of New York due to his ex-accountant defrauding him. At first he had me send money overseas to people I did not even know. He said that he received the information from one of his lawyers. There have been multiple attorneys during the last almost 7 years. I asked for attorney's information and he refuses to give up any information on them. So for 2 years that was how I sent him money and even was done thru Zelle thru my bank at the time. After 2 years my bank stopped allowing these transactions to go thru so I closed the account and went somewhere else.

Then from 2020 to present I would send money anytime I was asked by Brian Quinn and Sal Vulcano. I had to close my savings account because I gave him the $1500 that was in there. I also closed out my other savings account which was my inheritance from my late mother of $1246 and my divorce money of $20,000 which was sent to someone in Florida. Brian also said that he got that information from his old attorney. Brian also said hee would pay that all back. I also took out a $10,000 loan off my life insurance and was supposed to be paid back within 2 years and they were responsible to pay the one time interest payment every year. None of that was done as agreed so the interest payment got added on to the loan every year. Now I up to $15,640 and it was to be paid off within 5 years ago, that was the agreement. I am still paying on it and it and it is nearly 7 years now. I also took and out a loan from my retirement thru Fidelity which I am paying weekly on it as we speak. I also took out various loans up to $7000 thru BMG that is in Exhibit B which in turn I am still paying on for the next 3 years. All which brian said he pay back. Then in Exhibit C was another loan thru Lending club for $10,000 that again was not paid as agreed and I was responsible to pay that one every month. All which is not fair for me to be responsible to pay this back to the creditors when he agreed to pay me back numerous times to wipe off this debt he caused.

In Exhibit D were all the people thru cash app that I had to send money too and again I was told the information came from an attorney. I asked for attorney information to confirm they were active with the bar and I got no information anytime I asked for it. But by some chance if these payments failed then I was to go get Steam cards thru GameStop, where I still owe them $540 for all the cards I had to get not including the ones I bought from Sam's Club. I then

proceeded to ask many times for proof of bank account being frozen and all I got was what is in Exhibit E.

I got tired of being taken advantage of my kindness, I emailed their management team which is in Exhibit F. I don't have money to keep giving out without getting it back. I was told many times I am being paid back which as of today it has not happened. This is why I am here today. They would even give me dates and they all came and gone and nothing. I also gave heads up to Sal Vulcano of the upcoming lawsuit and that went unanswered. That is also in Exhibit G.

But the most important thing I find it to be odd, is that, in November of 2024 Brian Quinn went to Vegas for a celebrity Poker Tournament where you had to buy in at $100,000 for poker chips, but how did you get the money for that if you don't have any and your account is frozen? Brian also won $20,000 see Exhibit H. That was money he could have returned to me and paid off one thing I took out for him but no he said when asked he spent it on his beer company. I even maxed out all credit cards to give him money for a launch party of $5,000 for R&H that I was not invited for just pay for it plus various loans that he asked for. I even gave Brian Quinn $600.00 for 3 parties that I was invited too. I still was not allowed to attend, nor tell me when these parties took place. I know he went to them. Brian also asked me for $2,000 to pay for a couple's game at one of these parties. Again I never attended such parties even after buying a dress for it.

Brian Quinn also took part in a movie made by James Murry and again he could have given me some money to pay off the debt he owes me but, again, no he did not. All he said was that he got half and not the full payment and gave it to the court to get his account back. That is in Exhibit I.

In Exhibit J is various posts made by Brian Quinn of things he has done or is in the process of doing and all of this is with no bank account or means of money. He went to The Keys for New Years, The Keys for The Super Bowl and then back to the Keys in April for a drunk fest for 3 days. How are you able to do this, let alone pay for airfare for people and their hotel rooms or a mansion if you have no money? Can someone please explain this all to me? Plus you can hear all of this by listening to Steve Dave a podcast that he is on every week. Now there is a post made by Brian Quinn on Facebook and another guy saying that he is going to Orlando (another drunk fest for 3 days in July) to be on a podcast to announce another Key West trip, they call it Q West 2. Again how are you going with no account? Is this why Brian Quinn asked me for $1,000 that I refuse to give out to him?

Plus I was contacted to pay $200 a week for a so-called ER bill that I only gave out a few payments on then quit doing that. Still I got no proof on that when I asked for it. Then here are other fun facts that are straight from Steve-Dave a podcast that is on tape that he went to NY Comic Con going in a private entrance plus buying stuff while there. Then while in California again another trip he purchased Laker tickets, parking, hotel, car rental or uber, airfare and food.

Then Broadway tickets a few times in Manhattan plus Barry Manilio and Heart in concert. Then, purchased a flight, plus hotel, and food to Toronto to be on another podcast called Dr Phill (not the real Dr Phill). Lastly renting pontoon boats, hotel rooms, mansion purchased airfare for himself and a friend, drinks at bars, food for the week in Key West. All along with no account; by all of this done I am led to believe that he indeed has his account and can square things off with me but refuses. Also I forgot to mention Brian and Sal contacted me to pay for Brian to get a new wardrobe since his was donated or something, a punishment on one of the shows. Then lastly, went to Kentucky for the weekend for the Derby, and again airfare, hotel, car, or uber, food, drinks and gambling money betted on the horses.

So again I am highly confused here. There is no way someone would pay for his lifestyle like this. So if you indeed have your account back why are you now paying me back as agreed? Just stop telling me and I quote, "I can't wait to pay you back and you will be paid back soon." When is soon? I have been hearing that for years now and I can't wait any longer. I need to wipe off this debt he caused and I never wanted.

So then in Exhibit K is all the conversation on the amount of money he said that he would be repaid to me. I gave up payroll checks, took money from friends and took about $38,000 from my son, all to give him money when he needed it. The last conversation there was that Sal told Brian to repay in the amount of $500,000 to me instead of $400,000, which again all is in Exhibit K which is in conversations attached that I was told by Brian Quinn.

What I am seeking and all I want and that I am after is the debt cleared that he caused and my pain and suffering I went thru to work many many hours to get this money when needed plus interest for it being nearly 7 years that I have been waiting on repayment. Now I want to be left alone after this and he stop contacting me. I have since uninstalled Zangi which has been the primary way of communication. I am hoping by taking him to court they will do the right thing and pay the amount of money they promised to pay me over and over again, time and time again.

I can explain better at the time of the hearing. Also since I am in Georgia I am hoping I can call in for I don't have time to take off of work. I have all this debt I didn't ask for to pay every week. But buy some chance I am not able to call in can it be scheduled for a Monday or Tuesday since I work Wednesday thru Saturday?

So in conclusion, I am only asking what is owed by the agreement which is $500,000 they said many times in writing plus interest. I have been waiting to clear this debt and this has gone on long enough. Time to put an end to this chapter and I can finally move on from this. Plus never hear from them again.

I do appreciate your time with this matter I have and I am sorry for all the reading you will have to do in this case. Plus there are 2 CDs with voice messages from Joe Gatto and Brian Quinn to me plus more messages off my Gmail account. I could not find the beginning of those

conversations so I just downloaded them onto a cd for you to go thru. I left the password the same for I did not change it; because if I did then you won't be able to view those messages.

Thank you very much for taking the time to hear my case. I asked many times for him to sell the townhome purchased in Houston Texas and the one in New York which he resides in, while the third one in New York sits vacant. Plus I told him to sell cars. You don't need 2 jeeps and a car that was in the movie and he got $18,000 for the first one and the second one he could get the same if not more. All to pay me back but refuses. Also Brian said he bought a golf cart which is housed in Florida at his parents' house I believe. I said many times to sell that since he made me sell mine and give him the money.

Just explain to me how if no account? I like to know the answer to that. I have a heart of gold and will help anyone in need. I was taken advantage of here.

Sincerely,

Caroline Kosh

Caroline Kosh


P.S. I also forgot to say that I gave out numerous amounts in $200.00 for food that I was asked to give out to Brian Quinn when he asked for it. Plus if I did already state it, various amounts in coming out to see me that never happened. Oh and I forgot to mention that I gave out $200.00 for a present that Brian said he got me and send to me. When I got a gift from Wisconsin and it was a vase that had to cost $1.00 and flowers that were no more than .50 cents apiece, maybe $1.00, but that is a stretched. When I brought this up to Brian's attention he said he had his friend get me a gift and send it to me. I in turn sent it to Brian at TESD in New Jersey.

ORIGIN ID:MCNA   (478) 663-9181
CAROLINE KOSH

104 LANCELOT COURT

WARNER ROBINS, GA 31093
UNITED STATES US

SHIP DATE: 19AUG25
ACTWGT: 0.20 LB
CAD: 6571509/ROSA2650

TO  **PRO SE INTAKE UNIT**
    **ROOM 200**
    **500 PEARL ST**

**NEW YORK NY 10007**

(212) 806-0176          REF:

PO:                     DEPT:



**FedEx**
Express

**E**

THU – 21 AUG 5:00P
** 2DAY **

TRK#  **8836 9053 9912**
0201

**SP PCTA**

10007
NY–US   **EWR**

RECEIVED
AUG 22 2025
PRO SE OFFICE

elope
cle me