UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINE KOSH,<br><br>       Plaintiff,<br><br> -against-<br>BRIAN MICHAEL QUINN, et al.,<br><br>       Defendants. | 25-CV-04603 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A telephonic conference is scheduled for **Tuesday September 2, 2025** at **2:30 PM**. Pro se plaintiff should be prepared to discuss the status of the case. Pro se plaintiff is directed to join the conference at the scheduled time. Please dial (646) 453-4442 and then enter the access code follow by the pound sign: 419 230 906#.

DATED: August 26, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge