UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLINE KOSH,

                Plaintiff,

  -against-

BRIAN MICHAEL QUINN, et al.,

                Defendants.

25-CV-04603 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 29, 2025, Defendant filed a Motion to Dismiss the Complaint. (ECF 13.)

A telephonic conference is scheduled for **Wednesday, November 19, 2025 at 12:00 PM**

The Pro se plaintiff should be prepared to discuss the Defendant's Motion and the status of the case. The pro se plaintiff is directed to join the conference at the scheduled time. Please dial **(646) 453-4442, Access Code: 950 167 191#.**

DATED:  October 30, 2025
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge